# Court of Appeals
# of the State of Georgia

ATLANTA, February 20, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1012.  COLTON KEARNEY v. THE STATE.**

Colton Kearney was charged with possession of MDMA.  Kearney filed a motion to dismiss on double jeopardy grounds.  On November 6, 2012, the trial court denied the motion, and Smith filed this appeal on December 26, 2012.  We lack jurisdiction.

To be timely, a notice of appeal must be filed within 30 days after entry of the appealable order.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  See *Rowland v. State*, 264 Ga. 872 (1) (452 SE2d 756) (1995).  Kearney did not file his notice of appeal until 50 days after entry of the judgment he seeks to appeal.  Although Kearney filed a motion for reconsideration, that motion did not extend the time to appeal from the November 6, order, and the denial of a motion for reconsideration is not a directly appealable order. *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000).  Accordingly, we lack jurisdiction to consider this appeal, which is hereby *DISMISSED*.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/20/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*